FILED
2014 DEC 31 P 3:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bryan Keith White
                    Plaintiff,

vs.                                      CASE NO. CV 14 5679 VC

Tetra Tech, AKA
Tetra Tech, Inc., AKA                    EMPLOYMENT DISCRIMINATION
Tetra Tech, ECI  Defendant(s).           COMPLAINT

1. Plaintiff resides at:

   Address  10404 Amber Night St.

   City, State & Zip Code  Las Vegas, NV 89183

   Phone  (702) 807-9519

2. Defendant is located at:

   Address  200 Fisher Ave

   City, State & Zip Code  San Francisco, CA 94124

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. ✓ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                - 1 -

1      c. __ Failure to promote me.

2      d. ☒ Other acts as specified below. — No other acts.

3  _____

4  //////

5  //////

6  //////

7  //////

8  _____

9  5.   Defendant's conduct is discriminatory with respect to the following:

10      a. ☒ My race or color.

11      b. __ My religion.

12      c. __ My sex.

13      d. __ My national origin.

14      e. __ Other as specified below.

15  _____

16  6.   The basic facts surrounding my claim of discrimination are:

17  On August 21st 2012, I sent an e-mail to

18  my managers complaining of onsite racism

19  and racist behavior directed at me personally.

20  Subsequently, my job duties and position

21  were taken away from me. I was not given

22  another assignment. Upon the exhaustion of all

23  of my paid leave, I was forced by TetraTech

24  to terminate my employment to have access to my retirement savings.

25  7.   The alleged discrimination occurred on or about __March 2013__

26                                           (DATE)

27  8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)               - 2 -

```
 1  discriminatory conduct on or about   1 May 2013
 2                                          (DATE)
 3  9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
 4  (copy attached), which was received by me on or about  1 Nov 2014  .
 5                                                          (DATE)
 6  10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:
 7        Yes  ✓    No ___
 8  11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
 9  including injunctive orders, damages, costs, and attorney fees.
10
11  DATED: 24 Dec 2014              [signature]
12                                  SIGNATURE OF PLAINTIFF
13
14  (PLEASE NOTE: NOTARIZATION      Bryan Keith White
15  IS NOT REQUIRED.)               PLAINTIFF'S NAME
16                                  (Printed or Typed)
```

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Bryan White<br>10404 Amber Night St.<br>Las Vegas, NV 89183 | **From:** Fresno Local Office<br>2300 Tulare Street<br>Suite 215<br>Fresno, CA 93721 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 487-2013-00730 | Julio C. Espino, Investigator | (559) 487-5796 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On Behalf of the Commission

Melissa Barrios,
Director

9/29/14 (Date Mailed)

Enclosures(s)

cc: Patricia Holcombe
Human Resources Lead
TETRA TECH, INC
1000 The American Road
Morris Plains, NJ 07950